Scott R. Shewan - CA State Bar No. 119085
**BORN, PAPE & SHEWAN, L.L.P.**
642 Pollasky Ave, Suite 200
Clovis, California  93612
(559) 299-4341
(559) 299-0920 Fax

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### (FRESNO DIVISION)

| | |
|---|---|
| GARY MELVIN, individually, and CONNIE MELVIN-QUIGLEY, as Trustee of the Action Legal Support Service Defined Benefit Pension Trust.<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>FFP ADVISORY SERVICES, INC., a Missouri corporation; FFP SECURITIES, INC., a sister corporation to FFP Advisory Services, Inc. and a Missouri corporation.<br><br>　　　　Defendants. | **Case No.**  1: 05CV00943-OWW-SMS<br><br>**ORDER REFERRING DISPUTE TO NASD ARBITRATION** |

　　Upon the Stipulation of the parties, and good cause appearing therefor,

　　IT IS ORDERED as follows:

　　1. That the above-captioned matter be referred to binding arbitration under the auspices of, and pursuant to the rules of, NASD Dispute Resolution, Inc. for the purpose of this proceeding only.

　　2. That venue for the hearing in said matter shall be San Francisco, California; however, this Court will retain jurisdiction to enforce or vacate any award rendered by the

1

---

[PROPOSED] ORDER REFERRING DISPUTE TO NASD ARBITRATION

1  arbitrators.

3      3.  That pending the arbitration of this matter and the rendering of an award by the
4  arbitrators, this action will be STAYED, and the Scheduling Conference currently set for
5  November 16, 2005, will be vacated.

7  Dated: __October 19_____, 2005        _/s/ OLIVER W. WANGER_____
                                                  United States District Judge

2

[PROPOSED] ORDER REFERRING DISPUTE TO NASD ARBITRATION