Scott R. Shewan - CA State Bar No. 119085
**BORN, PAPE & SHEWAN, L.L.P.**
642 Pollasky Ave, Suite 200
Clovis, California 93612
(559) 299-4341
(559) 299-0920 Fax

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### (FRESNO DIVISION)

| | |
|---|---|
| GARY MELVIN, individually, and CONNIE MELVIN-QUIGLEY, as Trustee of the Action Legal Support Service Defined Benefit Pension Trust.<br><br>Plaintiffs,<br><br>v.<br><br>FFP ADVISORY SERVICES, INC., a Missouri corporation; FFP SECURITIES, INC., a sister corporation to FFP Advisory Services, Inc. and a Missouri corporation.<br><br>Defendants. | Case No. 1: 05CV00943-OWW-SMS<br><br>**STIPULATION FOR DISMISSAL; ORDER THEREON** |

TO: THE CLERK OF THE ABOVE-ENTITLED COURT

The parties hereto, having reached a settlement in this matter, by and through the undersigned counsel of record, stipulate that this action may be dismissed with prejudice in its entirety.

////

///

///

1

STIPULATION FOR DISMISSAL;ORDER THEREON

Dated: October ___, 2007                    BORN, PAPE & SHEWAN, LLP


By: _____
Scott R. Shewan, Attorneys for Plaintiffs
GARY MELVIN, individually, and CONNIE
MELVIN-QUIGLEY, as Trustee


Dated: October ___, 2007                    MARKUN ZUSMAN & COMPTON LLP


By: _____
   Amir Tadjedin
   Attorneys for Defendants

# O R D E R

Upon stipulation of the parties and good cause appearing therefor,

**IT IS ORDERED** that this action is dismissed with prejudice in its entirety.

IT IS SO ORDERED.

**Dated:     October 25, 2007**                    _____/s/ Oliver W. Wanger_____
                                                                       UNITED STATES DISTRICT JUDGE

STIPULATION FOR DISMISSAL;ORDER THEREON